**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

LUIS ROSADO,

Plaintiff,

Case No. 8:14-cv-02184-JDW-EAJ

v.

NCO FINANCIAL SYSTEMS, INC.

Defendant.
_______________________________________/

**NOTICE OF PENDING SETTLEMENT**

Defendant, NCO Financial Systems, Inc., (NCO), by and through undersigned counsel, hereby submits this Notice of Pending Settlement and states the parties have reached a settlement with regard to this case and are presently drafting, finalizing, and executing the formal settlement documents. Upon full execution of the same, the parties will file the appropriate dismissal documents with the Court.

Dated: April 20, 2015

Respectfully submitted,

/s/ Rachel A. Morris

Rachel A. Morris, Esq.
Florida Bar No. 0091498
Dayle M. Van Hoose, Esq.
Florida Bar No.: 016277
SESSIONS, FISHMAN, NATHAN & ISRAEL, LLC
3350 Buschwood Park Drive, Ste. 195
Tampa, Florida 33618
Telephone No.: (813) 890-2469

Facsimile No.: (866) 466-3140
ramorris@sessions-law.biz
dvanhoose@sessions-law.biz
Attorney*s for NCO Financial Systems, Inc.*

**CERTIFICATE OF SERVICE**

I certify that on this 20th day of April, 2015, a copy of the foregoing was filed electronically in the ECF system. A true and correct copy has been sent to the parties of record by operation of the Court's electronic filing system, as described below. Parties may access this filing through the Court's system.

William Peerce Howard, Esq.
Morgan & Morgan, P.A.
One Tampa City Center
201 N. Franklin Street, 7th Floor
Tampa, FL 33602

/s/ Rachel A. Morris
Attorney